# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00404-CR
## NO. 03-09-00405-CR

**Terrance Lashawn Lucas, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NOS. D-1-DC-08-100083 & D-1-DC-08-100084
### HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motions to dismiss these appeals are granted. *See* Tex. R. App. P. 42.2(a). The appeals are dismissed.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   September 10, 2009

Do Not Publish